# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESMERALDA SANTOS O/B/O N.V., A MINOR, : :  Plaintiff, : : v. : : KILOLO KIZAKAZI, : Acting Commissioner of Social : Security : :  Defendant. : | Civil No. 5:22-cv-05161-JMG |

## ORDER

**AND NOW**, this 25th day of September, 2023, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 10), Defendant's Response to Plaintiff's Request for Review (ECF No. 11), and the Social Security Administrative Record (ECF No. 9), **IT IS HEREBY ORDERED** that Plaintiff's Request for Review is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge